**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lynne K. Marotta                                      CHAPTER 13
                         Debtor(s)
                                                             BKY. NO. 19-11352 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and index same on the master mailing list.

                            Respectfully submitted,

                            /s/Rebecca A. Solarz, Esquire

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322