| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-11352-AMC

LYNNE K MAROTTA  
3775 BUKINGHAM DRIVE  
DOYLESTOWN  PA  18902

Petition Filed Date: 03/05/2019  
341 Hearing Date: 04/26/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $25.00 | | 02/13/2020 | $25.00 | | 02/14/2020 | $1,375.00 | |
| 03/13/2020 | $300.00 | | 04/13/2020 | $865.00 | | 05/13/2020 | $865.00 | |
| 06/15/2020 | $865.00 | | 07/13/2020 | $865.00 | | 08/13/2020 | $865.00 | |
| 09/15/2020 | $865.00 | | 10/14/2020 | $865.00 | | 11/16/2020 | $865.00 | |
| 12/14/2020 | $865.00 | | 01/14/2021 | $865.00 | | 02/16/2021 | $865.00 | |
| 03/15/2021 | $865.00 | | 04/13/2021 | $865.00 | | 05/13/2021 | $865.00 | |
| 05/18/2021 | $4,121.04 | | | | | | | |

**Total Receipts for the Period: $17,956.04   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,181.04**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

**Chapter 13 Case No. 19-11352-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,181.04 | Current Monthly Payment: | $1,159.36 |
| Paid to Claims: | $0.00 | Arrearages: | $1,159.36 |
| Paid to Trustee: | $1,612.42 | Total Plan Base: | $57,599.70 |
| Funds on Hand: | $16,568.62 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.