# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-11352-AMC |
|     Lynne K. Marotta | : Chapter 13 |
|                   Debtor | : |
| | |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Associationc | : |
|                   Movant | : |
|          vs. | : |
| Lynne K. Marotta, | : |
|                 Debtor/Respondent, | : |
| Scott F. Waterman | : |
|                 Trustee/Respondent | |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST

TO THE CLERK, U.S. BANKRUPCTY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

      PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of U.S. Bank Trust Association, not in its individual capacity but solely as owner trustee for the RCF 2 Acquisition Trust c/o U.S. Bank Trust National Associationc("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Bradley J. Osborne, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Dated: 09/30/2021

                                                          Respectfully Submitted,
                                                           /s/ Bradley J. Osborne, Esquire
                                                           Bradley J. Osborne, Esquire
                                                           Attorney I.D. # 312169
                                                           Hladik, Onorato & Federman, LLP
                                                           298 Wissahickon Avenue
                                                           North Wales, PA 19454
                                                           Phone 215-855-9521
                                                           Fax 215-855-9121
                                                           Email: bosborne@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>   Lynne K. Marotta<br>                 Debtor | : Bankruptcy No. 19-11352-AMC<br>: Chapter 13<br>:<br>: |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Associationc<br><br>                 Movant<br>          vs.<br>Lynne K. Marotta,<br>               Debtor/Respondent,<br>Scott F. Waterman<br>               Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I caused to be served true and correct copies of the ENTRY OF APPEARANCE at the respective last known address of each person set forth below on September 30, 2021.

Lynne K. Marotta
3775 Bukingham Drive
Doylestown, PA 18902
*Via First Class Mail*

Jon M. Adelstein
3993 Huntingdon Pike
Suite 210
Huntingdon Valley, PA 19006

Scott F. Waterman, Esquire
Via ECF:
ECFmail@frereiglech13.com
*Trustee*

Michael H. Kaliner
350 South Main Street, Suite 105
Doylestown, PA 18901
Via ECF:
*Attorneys for Debtor*

Date: 09/30/2021

      Respectfully Submitted,

      /s/ Bradley J. Osborne, Esquire
      Bradley J. Osborne, Esquire
      Attorney I.D. # 312169
      Hladik, Onorato & Federman, LLP
      298 Wissahickon Avenue
      North Wales, PA 19454
      Phone 215-855-9521
      Fax 215-855-9121
      Email: bosborne@hoflawgroup.com