UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

LYNNE K  MAROTTA

: Chapter 13

Debtor(s) : Bankruptcy No. 19-11352JKF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 20, 2021**

Jean K. FitzSimon,
U.S. Bankruptcy Judge

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

JON M ADELSTEIN ESQ
350 S MAIN STREET
SUITE 105
DOYLESTOWN PA 18901-

LYNNE K  MAROTTA
3775 BUKINGHAM DRIVE
DOYLESTOWN,PA.18902