United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-11352-amc
Lynne K. Marotta  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Oct 20, 2021  Form ID: pdf900  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynne K. Marotta, 3775 Bukingham Drive, Doylestown, PA 18902-1665 |
| cr | + | Branch Banking and Trust Company, successor by mer, c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| cr | + | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14301472 | | ACAR Leasing LTD, d/b/a GM Financial Leasing, P.O. Box 18353, Arlington, VA 76096 |
| 14307582 | + | Branch Banking and Trust Company, c/o Charles N. Shurr Jr. Esquire, 2640 Westview Drive, Wyomisisng Pa 19610-1186 |
| 14324459 | #+ | Branch Banking and Trust Company, c/o Margaret L. Briscoe, VP, 3750 Brookside Parkway, Alpharetta, GA 30022-1435 |
| 14282687 | + | Charles N. Shurr, Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14298306 | + | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14609400 | + | Enter Movant of Client, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14289189 | + | First Service Residential Nevada, 8290 Arville Street, Las Vegas, NV 89139-7114 |
| 14282688 | + | GM Financial Leasing, PO Box 100, Williamsville, NY 14231-0100 |
| 14322812 | | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 |
| 14282690 | + | Manfred P. Marotta, 3775 Buckingham Drive, Doylestown, PA 18902-1665 |
| 14292568 | + | Nationstar Mortgage LLC, dba Mr. Cooper, Andrew M. Lubin, Esquire, Milstead & Associates, LLC 1 E. Stow Roa, Marlton, NJ 08053-3118 |
| 14609740 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Rebecca A. Solarz, Esq, 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14321397 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14318445 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053 8 08053-3118 |
| 14282691 | + | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 14282692 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, P.O. Box 2008, Grand Rapids, MI 49501-2008 |
| 14310079 | + | Santander Consumer USA Inc., William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14298307 | + | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14289190 | | Summerlin South Community Association, 2115 Federal Plaza Drive #220, Las Vegas, NV 89135 |
| 14398680 | + | Traccia Community Association, c/o Nevada Association Services, 6625 S Valley View Blvd Suite 300, Las Vegas, NV 89118-4557 |
| 14640646 | + | U.S. Bank Trust Association, c/o Bradley J. Osborne, Esquire, Hladik, Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14639837 | + | U.S. Bank Trust National Association,, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14633129 | + | U.S. Bank Trust National Association, et al., c/o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14282694 | + | Veripro Solutions, Inc., PO Box 3572, Coppell, TX 75019-5538 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 20 2021 23:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |

Case 19-11352-amc    Doc 107    Filed 10/22/21    Entered 10/23/21 00:34:30    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: pdf900 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 20 2021 23:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2021 23:12:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14282686 | + | Email/Text: bankruptcy@bbandt.com | Oct 20 2021 23:12:00 | Branch Banking and Trust Company, 400 North Tampa Street, Suite 2300, Tampa, FL 33602-4708 |
| 14321738 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2021 23:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14326321 | | Commonwealth of Pa, Dept of Revenue, Carol E. Momjian, Office of Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia |
| 14282689 | | Manfred Marotta |
| 14282693 | | Susan Kerins |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14591520 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14612739 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2021              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| ANTONIO G. BONANNI | on behalf of Creditor MTGLQ Investors LP c/o Rushmore Loan Management Services abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bosborne@hoflawgroup.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov |
| CHARLES GRIFFIN WOHLRAB | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf900 | Total Noticed: 32 |

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

**CHARLES N. SHURR, JR.**
on behalf of Creditor Branch Banking and Trust Company  successor by merger to Susquehanna Bank cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com

**DANIELLE BOYLE-EBERSOLE**
on behalf of Creditor MTGLQ Investors  LP c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

**JON M. ADELSTEIN**
on behalf of Debtor Lynne K. Marotta jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com

**MICHAEL H KALINER**
on behalf of Debtor Lynne K. Marotta mhkaliner@gmail.com  pa35@ecfcbis.com

**POLLY A. LANGDON**
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

**REBECCA ANN SOLARZ**
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

**SCOTT F. WATERMAN (Chapter 13)**
ECFMail@ReadingCh13.com

**STEPHEN M HLADIK**
on behalf of Creditor MTGLQ Investors  LP c/o Rushmore Loan Management Services shladik@hoflawgroup.com, pfranz@hoflawgroup.com

**Scott F Waterman**
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD CRAIG**
on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 16

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                  :

LYNNE K   MAROTTA

                                                                                                                                               : Chapter 13

                Debtor(s)                      : Bankruptcy No. 19-11352JKF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 20, 2021**

                                                        Jean K. FitzSimon,
                                                        U.S. Bankruptcy Judge

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

JON M ADELSTEIN ESQ
350 S MAIN STREET
SUITE 105
DOYLESTOWN PA 18901-

LYNNE K   MAROTTA
3775 BUKINGHAM DRIVE
DOYLESTOWN,PA.18902