IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

SUBSTITUTION OF APPEARANCE BY
ANDREW M. LUBIN, ESQUIRE, IN VARIOUS
OPEN CASES AND ENTRY OF APPEARANCE
OF LORRAINE GAZZARA DOYLE, ESQUIRE
IN VARIOUS OPEN CASES

PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Andrew M. Lubin, Esquire, and substitute the

appearance of Lorraine Gazzara Doyle, Esquire, in the cases listed in Exhibit A hereto.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

Lorraine Gazzara Doyle, Esquire
Attorney ID No. 34576
1 East Stow Road
Marlton, NJ 08053
Telephone: (856) 482-1400
Email: ldoyle@milsteadlaw.com

Andrew M. Lubin, Esquire
Attorney ID No. 54297
McCabe, Weisberg & Conway, LLC
216 Haddon Ave.
Suite 201
Westmont, NJ 08108
Telephone: (856) 858-7080
Email: ALubin@mwc-law.com

# Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Pending Cases for:          LUBIN  ANDREW  M.          Bar Id:          as of:  12/20/2021          7:52:43 am          Prid:  999,529          terminated          case terminated

Total Pending cases for this attorney:  140

| Chapter | Judge | Case Number | Title | | |
|---|---|---|---|---|---|
| 13 | mdc | 16-10007-mdc | Theresa Brown Thornton | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | elf | 16-15902-elf | Dale Mitchell and Sherry Mitchell | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc |
| 13 | elf | 16-15968-elf | Laura Anderson and Albert Anderson | | |
| | | | Party represented: | cr | U.S. Bank National Association, as Trustee |
| | | | Party represented: | cr | U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12 |
| 13 | amc | 16-17812-amc | James W. Samuel | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 16-17834-elf | Timothy M. Cavanaugh and Christina A. Cavanaugh | | |
| | | | Party represented: | cr | Towd Point Mortgage Trust 2015-5, U.S. Bank National Association as Indenture Trustee |
| 13 | amc | 16-18290-amc | Alfred Naussner | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |

| | | Case No. | Name | Role | Party represented |
|---|---|---|---|---|---|
| 13 | amc | 16-18290-amc | Alfred Naussner | cr | Party represented: U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-1 Home Equity Pass-Through Certificates, Series 2006-1 |
| 13 | amc | 16-18296-amc | Emanuel Rodriguez | cr | Party represented: Select Portfolio Servicing, Inc. |
| | | | | cr | Party represented: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as Trustee |
| | | | | cr | Party represented: U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-7 Home Equity Pass Through Certificates, Series 2006-7 |
| 13 | amc | 17-10698-amc | Joseph M Lewis, Jr. and Barbara Lewis | cr | Party represented: Matrix Financial Services Corporation LLC |
| | | | | cr | Party represented: Matrix Financial Services Corporation LLC enote vesting-Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 17-10749-amc | John D. McDaniel | cr | Party represented: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, National Association, as Trustee |
| | | | | cr | Party represented: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate |
| 13 | elf | 17-11156-elf | Jeremy Stevens and Tabitha Stevens | cr | Party represented: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trus |
| 13 | amc | 17-12344-amc | Raymond DeShields | | |

| Ch | Atty | Case | Debtor | | | Entity |
|----|------|------|--------|--|--|--------|
| 13 | | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH3, Asset-Backed Certificates, Series 2005-FFH3 |
| 13 | elf | 17-13636-elf | Carla M. Irvin | Party represented: | cr | Bayview Loan Servicing, LLC |
| | | | | Party represented: | cr | Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC |
| | | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for CSMC 2021-RPL7 Trust |
| 13 | mdc | 17-14575-mdc | Charles H. Mitchell, Jr. | Party represented: | cr | CSMC 2021-RPL7 Trust |
| 13 | mdc | 17-14670-mdc | Kenneth Bernard Tadlock | Party represented: | cr | Legacy Mortgage Asset Trust 2021-GS3 |
| 13 | amc | 17-14689-amc | Joseph George | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | amc | 17-14920-amc | La Vonne A. Weaver | Party represented: | cr | Nationstar Mortgage LLC |
| | | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 17-15230-amc | JoAnne Elizabeth Hines | Party represented: | cr | NATIONSTAR MORTGAGE LLC |
| 13 | pmm | 17-15250-pmm | Scott Paul Labar and Terry Janet Labar | Party represented: | cr | SELECT PORTFOLIO SERVICING, INC. |
| 13 | amc | 17-16093-amc | Christopher M Smith and Jacqueline Smith | Party represented: | cr | NATIONSTAR MORTGAGE LLCD/B/A MR. COOPER |

| Ch | Judge | Case No. | Party | | Role | Party represented |
|---|---|---|---|---|---|---|
| 13 | mdc | 17-17954-mdc | Jeffrey L. Williams | Party represented: | cr | Deutsche Bank National Trust Company, as Indenture Trustee |
| 13 | amc | 17-18120-amc | Wayne Crozier | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 |
| 13 | mdc | 18-10163-mdc | Wilton Rodriquez | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 18-10749-amc | Kingsley R. Wright | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |
| | | | | Party represented: | cr | U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4 |
| 13 | mdc | 18-10921-mdc | Domenica Carcione | Party represented: | cr | U.S. Bank National Association, as successor trustee |
| | | | | Party represented: | cr | Plaza Home Mortgage, Inc. |
| 13 | pmm | 18-10950-pmm | Torsten Bay and Lisa M Bay | Party represented: | cr | Deutsche Bank National Trust Company, As Trustee |
| 13 | pmm | 18-11243-pmm | Kimberly A. Kauffman and Philip G. Kauffman | Party represented: | cr | SERVICEMAC, LLC |

| Ch. | | Case Number | | | Party represented | | |
|---|---|---|---|---|---|---|---|
| 13 | elf | 18-11419-elf | Joseph D Winkis and Kathleen K Winkis | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-11726-mdc | Catherine J. Broadwater | Party represented: | cr | OneMain Financial Services, Inc. |
| 13 | elf | 18-12176-elf | Marjorie B Connor | Party represented: | cr | Select Portfolio Servicing, Inc |
| 13 | amc | 18-12281-amc | Mark Hatcher | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | mdc | 18-12329-mdc | Mark Sobel | Party represented: | cr | The Bank of New York Mellon |
| | | | | Party represented: | cr | HSBC Bank USA, National Association as Trustee for Luminent Mortgage Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3 |
| 13 | amc | 18-12427-amc | Jacquelyn Eschbach | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for HSBC Bank USA, National Association |
| | | | | Party represented: | cr | U.S. Bank National Association, as Trustee |
| | | | | Party represented: | cr | U.S. Bank National Association, as Trustee |
| | | | | Party represented: | cr | U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1 |
| 13 | elf | 18-12434-elf | Ewa Karpeta | Party represented: | cr | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 |

| | | Case | Debtor | | | Represented party |
|---|---|---|---|---|---|---|
| 13 | elf | 18-12434-elf | Ewa Karpeta | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | elf | 18-12727-elf | Ryun J. Yun | Party represented: | cr | Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 |
| 13 | mdc | 18-13224-mdc | Gordon J Schwartz and Phyllis Schwartz | Party represented: | cr | Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee |
| 13 | pmm | 18-13329-pmm | Frank Joseph Grohotolsky, III | Party represented: | cr | Bayview Loan Servicing, LLC |
| 13 | pmm | 18-13578-pmm | Lynne M. Decker and Thomas K. Decker, Jr. | Party represented: | cr | Community Loan Servicing, LLC |
| | | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 |
| 13 | mdc | 18-13847-mdc | Martin Washington and Patricia Washington | Party represented: | cr | Grand Avenue Mortgage Loan Trust 2017-RPL1 |
| 13 | elf | 18-13931-elf | Angela G. Parks | Party represented: | cr | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ET. AL. |
| | | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 |
| 13 | elf | 18-14291-elf | Avis A. Garrett | Party represented: | cr | Nationstar Mortgage LLC D/B/A Mr. Cooper |

| Chapter | Case No. | Party represented | Role | Creditor |
|---|---|---|---|---|
| 13 | 18-14293-elf | Party represented: Jerry Jefferson | cr | U.S. Bank, National Association, as Trustee |
| 13 | 18-14294-elf | Party represented: Una M. Harmon | cr | U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-C, Mortgage Pass-Through Certificates, Series 2004-C |
| 13 | 18-14407-amc | Party represented: Richard B. Greaves | cr | U.S. Bank, National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3 |
| 13 | 18-14803-mdc | Party represented: Seamus A Smith | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 |
| 13 | 18-15061-pmm | Party represented: Karen Shapiro | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | 18-15365-mdc | Party represented: Ronald L Evans | cr | U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM3 |
| 13 | 18-15628-amc | Party represented: Tamera E. Lawrence | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1 |
| 13 | 18-15636-amc | Party represented: Anthony T D&#039;Aquila, III and Kristine C. D&#039;Aquila | cr | Deutsche Bank National Trust Company, As Trustee |
| | | | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | | cr | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK |

| | | Case No. | Debtor | | Party represented |
|---|---|---|---|---|---|
| 13 | elf | 18-16254-elf | Carollynn O&#039;Connor | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | elf | 18-16694-elf | Michelle W Murphy | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-10, Asset-Backed Certificates, Series 2006-10 |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | elf | 18-16770-elf | Bruce M. Reiprich and Barbara H. Reiprich | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007-HE6 |
| 13 | mdc | 18-16877-mdc | Brian L. Spence and Maria M. Moleiro-Spence | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | mdc | 18-17117-mdc | Linster Noah Murrell, Jr. | | |
| | | | Party represented: | cr | Deutche Bank National Trust Company, as Trustee |
| 13 | amc | 18-17281-amc | Michael J. DaGrossa and Linda J. DaGrossa | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee for the UCFC Loan Trust 1998-C |
| 13 | pmm | 18-17382-pmm | Christopher Gerald Raab | | |
| | | | Party represented: | cr | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 |
| 13 | mdc | 18-17429-mdc | Glenn Erik Nyce | | |
| | | | Party represented: | cr | CSMC 2021-RPL7 Trust |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| Chapter | Attorney | Case Number | Party | | | Represented |
|---|---|---|---|---|---|---|
| 13 | pmm | 18-1738-pmm | Randy Lee Hoffman | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, |
| | | | | | | U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Trust 2006-CF1 CS Mortgage Pass-Through Certificates, Series 2006-CF1 |
| 13 | mdc | 18-17768-mdc | Tara Marie Culbreath | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-17870-mdc | Leanna Brown and Leanna Brown | Party represented: | cr | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 13 | mdc | 18-18042-mdc | Daaimah S. Poole | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee |
| | | | | Party represented: | cr | Wells Fargo Bank, N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1 |
| 13 | elf | 18-18160-elf | Camilla Brown | Party represented: | cr | Wilmington Savings Fund Society, FSB |
| 13 | pmm | 18-18366-pmm | Richard T Palenchar and Bonita L Palenchar | Party represented: | cr | Deutsche Bank National Trust Company, As Trustee |
| 13 | elf | 19-10127-elf | Geraldine A Hall | Party represented: | cr | THE BANK OF NEW YORK MELLON |
| 13 | elf | 19-10450-elf | Patrick Banning | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | pmm | 19-10686-pmm | Gerard C Schenck | Party represented: | cr | Select Portfolio Servicing, Inc. |

| 13 | amc | 19-10989-amc | Marc A Maglio | | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC D/B/A Mr. Cooper |
| 13 | amc | 19-11002-amc | Kimberley C Johnson and Douglas W Johnson | | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11008-elf | Doris L Thorpe | | | |
| | | | Party represented: | cr | Bank of America, N.A. |
| 13 | elf | 19-11134-elf | Elena Papanikolaou | | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | pmm | 19-11276-pmm | Andrew Polak | | | |
| | | | Party represented: | cr | Bank of America, N.A. |
| 13 | amc | 19-11352-amc | Lynne K. Marotta | | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11386-elf | Robert A. LaRosa | | | |
| | | | Party represented: | cr | ABS REO Trust VI |
| 13 | pmm | 19-11448-pmm | Nancy Gene Cooper | | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE7, Mortgage Pass-Through Certificates, Series 2005-HE7 |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | pmm | 19-12088-pmm | Janelle M. Shenk | | | |
| | | | Party represented: | cr | Oceanside Mortgage Company |
| 13 | amc | 19-12579-amc | James F. Barcis | | | |
| | | | Party represented: | cr | Bank of America, N.A. |

| Ch. | Code | Case No. | Debtor | | Party represented |
|---|---|---|---|---|---|
| 13 | mdc | 19-12644-mdc | Essa-Aisha A Purnell and Abdou R Gueye | Party represented: cr | WELLS FARGO BANK, N.A. |
| 13 | mdc | 19-12806-mdc | William T. Powell | Party represented: cr | Wells Fargo Bank, N.A., as Trustee |
| 13 | mdc | 19-13412-mdc | Raymond T. Blue | Party represented: cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | | | Party represented: cr | Select Portfolio Servicing, Inc. |
| 13 | amc | 19-13449-amc | Ronald J Logue and Mariam Logue | Party represented: cr | Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 |
| 13 | pmm | 19-13552-pmm | Kevin Rota and Bobbie Ann Rota | Party represented: cr | Bayview Loan Servicing, LLC |
| 13 | elf | 19-13758-elf | Jeremy Y. Schallack and Kathleen E. Schallack | Party represented: cr | Community Loan Servicing, LLC |
| 13 | mdc | 19-14039-mdc | Vincent Williams-Bey and Michele Williams-Bey | Party represented: cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | elf | 19-14471-elf | Cynthia Crawford | Party represented: cr | FEDERAL HOME LOAN MORTGAGE CORPORATION |
| 13 | elf | 19-14500-elf | Kevin Corcoran and Beverly L. Corcoran | Party represented: cr | HSBC Bank USA, National Association, as Trustee |
| | | | | Party represented: cr | Deutsche Bank National Trust Company, As Trustee |

| Chapter | Judge | Case | | | Creditor |
|---|---|---|---|---|---|
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank Minnesota, N.A. |
| 13 | amc | 19-15144-amc | Party represented: Nathaniel F Mallory | cr | Wells Fargo Bank, National Association |
| 13 | amc | 19-15306-amc | Party represented: Mervin J. Conner, Jr. | cr | OSAT TRUST 2019-1 |
| 13 | pmm | 19-15368-pmm | Party represented: Edwin Orlando Chalas | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 19-15589-amc | Party represented: Samantha Lashear Lomax | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-15845-elf | Party represented: Andre T. Morris | cr | Deutche Bank National Trust Company, as Trustee |
| 13 | amc | 19-15865-amc | Party represented: Carl L Lee | cr | Bank of America, N.A. |
| 13 | pmm | 19-16031-pmm | Party represented: Tammy L. Shegon | cr | Carrington Mortgage Services, LLC |
| 13 | amc | 19-16285-amc | Party represented: Karen I. Hogue | cr | Select Portfolio Servicing, Inc. as servicing agent for PNC Bank, National Association |
| 13 | amc | 19-16290-amc | Party represented: Victor Ocasio | cr | U.S. Bank National Association, |
| 13 | elf | 19-16693-elf | Party represented: Patricia A. Panetta | cr | Select Portfolio Servicing, Inc. as servicing agent for ONYX Bay Trust |
| | | | Party represented: | cr | Pingora Loan Servicing |

| | | Case | Debtor | | | Party represented |
|---|---|---|---|---|---|---|
| 13 | elf | 19-16791-elf | Dania A Beadle | Party represented: | cr | Manufacturers and Traders Trust Company |
| 13 | amc | 19-16963-amc | Janelle Kernan | Party represented: | cr | Sun West Mortgage Company, Inc. |
| 13 | pmm | 19-17042-pmm | Janet Conijo | Party represented: | cr | Deutsche Bank National Trust Company, As Trustee |
| 13 | pmm | 19-17522-pmm | Daniel L Amy | Party represented: | cr | Bayview Loan Servicing, LLC |
| 13 | elf | 19-17644-elf | Burma L Barnswell | Party represented: | cr | Community Loan Servicing, LLC |
| 13 | amc | 19-17672-amc | Terrance Waller | Party represented: | cr | Bank of America, N.A. |
| 13 | amc | 19-17836-amc | Raymond G. Fragassi | Party represented: | cr | Carrington Mortgage Services, LLC. |
| 13 | elf | 20-10020-elf | Thelma Wright | Party represented: | cr | Deutche Bank National Trust Company, as Trustee |
| 13 | pmm | 20-10117-pmm | Scott Michael Horning | Party represented: | cr | BANK OF AMERICA, N.A. |
| | | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | | | Party represented: | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. Home Equity Pass Through Certificates, Series, 2006-8 |

| | | | | |
|---|---|---|---|---|
| 13 | amc | 20-10233-amc | Claudette Webb | |
| | | | Party represented: | cr | U.S. Bank National Association, as indenture trustee |

| 13 | pmm | 20-10928-pmm | Johnny Lee Stradford and Nicole Monique Stradford |
|---|---|---|---|
| | | | Party represented: cr — U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 |
| | | | Party represented: cr — Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank Trust National Association |
| | | | Party represented: cr — FirstKey Master Funding 2021-A Collateral Trust |

| 13 | amc | 20-11060-amc | David Harry |
|---|---|---|---|
| | | | Party represented: cr — Lakeview Loan Servicing, LLC |

| 13 | elf | 20-11138-elf | Lori L Nardella |
|---|---|---|---|
| | | | Party represented: cr — U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 |

| 13 | mdc | 20-11143-mdc | Kevin K. Jones |
|---|---|---|---|
| | | | Party represented: cr — Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |
| | | | Party represented: cr — U.S. Bank N.A., as trustee |
| | | | Party represented: cr — U.S. Bank National Association, as trustee |

| 13 | amc | 20-11261-amc | Christopher M. Mattis, Sr. and Linda L. Mattis |
|---|---|---|---|
| | | | Party represented: cr — Select Portfolio Servicing, Inc. |

| 13 | pmm | 20-13422-pmm | Mark K. Storms |
|---|---|---|---|
| | | | Party represented: cr — Bank of America, N.A. |

| | Case | Debtor | | Party |
|---|---|---|---|---|
| 13 elf | 20-13441-elf | Mikaela R. Lerer | Party represented: cr | BAYVIEW LOAN SERVICING, LLC |
| 13 | | | Party represented: cr | Community Loan Servicing, LLC |
| 13 | | | Party represented: cr | Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC |
| 13 mdc | 20-13484-mdc | Wendell M Robinson and Karen T Jarrell-Robinson | Party represented: cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE2, Asset-Backed Certificates Series 2007-HE2 |
| 13 amc | 20-13636-amc | Miranda Tsang | Party represented: cr | ABS Loan Trust VI |
| 13 pmm | 20-13673-pmm | Steven W. Strickler | Party represented: cr | Pingora Loan Servicing, LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 mdc | 20-14286-mdc | Angella M Sutherland | Party represented: cr | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| 13 | | | Party represented: cr | U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-2 |
| 13 pmm | 20-14360-pmm | Marcel Y. Crandon and Sharon M. Crandon | Party represented: cr | Community Loan Servicing, LLC |
| 13 mdc | 20-14393-mdc | April E Ettinger | Party represented: cr | Federal National Mortgage Association ("Fannie Mae"), c/o Community Loan Servicing, LLC |
| 13 | | | Party represented: cr | Federal Home Loan Mortgage Corporation |

| | | | | | |
|---|---|---|---|---|---|
| 13 | mdc | 20-14393-mdc | April E Ettinger | *Party represented:* | cr | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 |
| 13 | elf | 20-14471-elf | Iva Bonelli | *Party represented:* | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 20-14797-amc | Gary V. McLaughlin | *Party represented:* | cr | U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2001-A Mortgage Passthrough Certificates Series 2001-A |
| 13 | pmm | 20-14877-pmm | Milena Maria Serna | *Party represented:* | cr | BANK OF AMERICA, N.A. |
| 13 | elf | 21-10006-elf | Rashida Patience and Khadri Abdus-Saboor | *Party represented:* | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 |
| | | | | *Party represented:* | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company as Trustee |
| 13 | mdc | 21-10116-mdc | Peter D Wrambel | *Party represented:* | cr | BANK OF AMERICA, N.A. |
| 13 | elf | 21-10179-elf | Robert B. Steveline and Kathryn A Steveline | *Party represented:* | cr | U.S. Bank National Association, as indenture trustee |
| 13 | pmm | 21-10691-pmm | Peter Plutko | *Party represented:* | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 21-10693-elf | William E Covington and Seneca Covington | *Party represented:* | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| | | Case No. | Name | | Party represented: |
|---|---|---|---|---|---|
| 13 | mdc | 21-10701-mdc | Anna M. Taylor | cr | The Bank of New York Mellon Trust Company, NA |
| 13 | mdc | 21-10824-mdc | Shanyel M Little and Marcus A Little | cr | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| 13 | pmm | 21-11219-pmm | Jeannette Colon | cr | Select Portfolio Servicing, Inc. |
| 13 | elf | 21-11399-elf | John A. Kettell | cr | Select Portfolio Servicing, Inc. |
| 7 | mdc | 21-11498-mdc | Steven J Recchia | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 7 | elf | 21-11520-elf | Rachelle L DeHoratius and Mark H DeHoratius | cr | BANK OF AMERICA, N.A. |
| 13 | elf | 21-11762-elf | Michael A. Mignogna | cr | U.S. Bank National Association, as Trustee |
| 7 | mdc | 21-12091-mdc | Rachel Castro | cr | Bank of America, N.A. |
| 13 | mdc | 21-12271-mdc | Carolyn A. Bennett | cr | Community Loan Servicing, LLC |
| 13 | pmm | 21-12274-pmm | Nancy Jean Halley | cr | BANK OF AMERICA, N.A. |
| 13 | mdc | 21-12277-mdc | Crystal G. Brown | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association |

| 13 | elf | 21-11294-elf | Joesph R. Pierce, Sr. | | |
|---|---|---|---|---|---|
| | | | *Party represented:* | *cr* | Deutsche Bank National Trust Company, as Indenture Trustee |
| 13 | amc | 21-12316-amc | Arben Musa | | |
| | | | *Party represented:* | *cr* | BANK OF AMERICA, N.A. |
| 7 | elf | 21-12469-elf | Gary Cooper | | |
| | | | *Party represented:* | *cr* | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 21-12508-amc | Joseph K. Douglas | | |
| | | | *Party represented:* | *cr* | Bank of America, N.A. |